

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00484-CR

---

DONALD EDWARD HOBBS A/K/A                    APPELLANT
DON EDWARD HOBBS

V.

THE STATE OF TEXAS                                          STATE

----------

FROM THE 355TH DISTRICT COURT OF HOOD COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We abated this case to the trial court on February 9, 2012—and again on March 14, 2012, after Appellant Donald Edward Hobbs a/k/a Don Edward Hobbs failed to appear at the first abatement hearing—for the trial court to consider Hobbs's appointed counsel's motion to withdraw as appellate counsel and to determine whether Hobbs desires to prosecute his appeal. At the second

---

[1]*See* Tex. R. App. P. 47.4.

abatement hearing held on March 30, 2012, Hobbs appeared, and the trial court granted Hobbs's appointed counsel's motion to withdraw. Hobbs then stated on the record that he does not want to pursue his appeal. This procedure substantially complies with rule 42.2(a) of the rules of appellate procedure. *See* Tex. R. App. P. 42.2(a).

No decision of this court having been delivered before we received this motion, we grant the motion and dismiss this appeal.[2] *See* Tex. R. App. P. 42.2(a), 43.2(f).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: April 26, 2012

---

[2]Because Hobbs has voluntarily dismissed this appeal, we need not address counsel's motion to extend time to file an appellant's brief.